UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV 17 A 11: 20

CLERK

SO. DIST. OF GA.

KELVIN WILLIAMS,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

vs.

WARDEN CAROL HUMPHREY,
RAYMOND HEAD, RANDALL
HOLDEN, and COPELAND, FOOD
SUPERVISOR,
    Defendants

Case Number CV504-53

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Order of the Court entered November 17, 2004, adopting a portion of the Magistrate Judge's Report and Recommendation and dismissing the claims against Defendant Raymond Head, claims of the Plaintiff, KELVIN WILLIAMS, against the Defendant, RAYMOND HEAD, are hereby dismissed.

IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the Order of the Court entered September 13, 2005, adopting the Report and Recommendation of the Magistrate Judge and dismissing claims against Defendant Warden Carl Humphrey, claims of

the Plaintiff, KELVIN WILLIAMS, against the Defendant, WARDEN CARL HUMPHREY, are hereby dismissed.

IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the Order of the Court entered November 16, 2006, granting the Defendants' Rule 50(a) motion for judgment as a matter of law, judgment is hereby entered in favor of the Defendants, RANDALL HOLDEN and COPELAND, FOOD SUPERVISOR, and against the Plaintiff, KELVIN WILLIAMS.

APPROVED:

_____
James E. Graham, U. S. Magistrate Judge

Date: November 16, 2006

SCOTT L. POFF, CLERK

_____
By: Sherry Taylor, Deputy Clerk